**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br><br>      Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>      Defendants. | Case No. 26-cv-255 |

## ORDER ON PLAINTIFF'S MOTION TO SEAL

On this day, the Court considered Plaintiff's Motion to Seal, and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, the following: 1) Plaintiff's Unredacted Complaint; 2) Schedule A to the Complaint; 3) Exhibit 2 to Plaintiff's Complaint, which contains screenshot printouts of the Defendants' online storefronts and infringing sales; and 4) any Orders entered by the Court on Plaintiff's Ex Parte Motion for Temporary Restraining Order Including Temporary Injunction, Temporary Asset Restraint, Order to Show Cause Why a Preliminary Injunction Should Not Issue and Expedited Discovery and related motions, under seal until the Order on Plaintiff's Ex Parte Motion for Temporary Restraining Order Including Temporary Injunction, Temporary Asset Restraint, Order to Show Cause Why a Preliminary Injunction Should Not Issue and Expedited Discovery is entered, or further order of the Court.

_____
United States District Judge