**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, <br><br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No. 26-cv-255 |

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE PROCESS THROUGH**
**ELECTRONIC MEANS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff seeks this Court's authorization to effectuate service of process and other pleadings and documents related to this action by e-mail and electronic publication. A Memorandum of Law and Declaration of Keaton Smith in support of this Motion is submitted herewith.

Date: February 11, 2026

Respectfully submitted,

*/s/ Keaton Smith*
Keaton Smith IL #6347736
Shengmao (Sam) Mu NY #5707021
Abby Neu IL #6327370
Ryan E. Carreon DE #7305
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3799
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*